
FILED

DEC 22 2011

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| LINCOLN MEMORIAL UNIVERSITY, DUNCAN SCHOOL OF LAW, | : | Case No. 3:11-CV-608 |
| Plaintiff, | : | |
| v. | : | |
| THE AMERICAN BAR ASSOCIATION, | : | |
| Defendant. | : | |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY AND PERMANENT INJUNCTION

Unfortunately, this emergency motion has become necessary because on December 20, 2011, Defendant American Bar Association ("ABA") arbitrarily and capriciously and in order to restrain trade refused to grant provisional accreditation to the Lincoln Memorial University Duncan School of Law ("DSOL"). On the same day the ABA posted a "Memorandum" providing notice of this decision on its website. A copy of this Memorandum/Notice is attached as Exhibit A. The notice was widely disseminated to:

    Deans of ABA-Approved Law Schools
    University Presidents
    Chief Justices of State Supreme Courts
    Bar Admission Authorities
    Licensing Agency for the State of Tennessee: Tennessee Higher Education Commission
    U. S. Department of Education
    Deans of Unapproved Law Schools
    Leaders of Organizations Interested in Legal Education
    Student Bar Association Presidents
    ABA Section of Legal Education and Admissions to the Bar – Website Posting

1

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff DSOL moves the Court for a temporary restraining order ("TRO") and preliminary injunction ordering the ABA to post on its website a statement that it has been ordered by this Court to remove Exhibit A from its website and to replace it with a statement that the ABA has been further ordered by this Court to hold any decision about DSOL's accreditation in abeyance until further instructed by the Court. The injunction should further order the ABA to send this statement to all of the entities and organizations that received notice of Exhibit A.

Plaintiff also moves the Court for a permanent injunction requiring the ABA to grant DSOL provisional accreditation. Plaintiff requests that the Court consolidate the hearing on its motion for preliminary and permanent injunction with a trial on the merits as provided by Fed. R. Civ. P. 65(a)(2). This Motion is supported by the Verified Complaint and the attached Memorandum in Support of Plaintiff's Motion for TRO and Preliminary and Permanent Injunction. Because Defendant will not suffer any costs or damages, DSOL requests that the Court exercise its discretion to not require the posting of any security to issue the preliminary injunction.

Respectfully submitted,

WATSON ROACH BATSON ROWELL & LAUDERBACK

_____
Robert H. Watson, Jr. (001702)
Attorneys at Law
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, TN 37901-0131
Telephone: (865) 637-1700
Fax: (865) 525-2514
Email: rwatson@watsonroach.com

2

BLANK ROME LLP

_____
Michael L. Cioffi (0031098), pro hac vice
201 East Fifth Street, Suite 1700
Cincinnati, OH 45202
Telephone: (513) 362-8700
Fax: (513) 362-8702
Email: cioffi@blankrome.com

Attorneys for Plaintiff, Duncan School of Law

3

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, December 22, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by certified U.S. mail, return receipt requested. Parties may access this filing through the Court's electronic filing system:

> The American Bar Association
> c/o Registered Agent R. Thomas Howell, Jr.
> 321 Clark Street
> Chicago, Illinois 60654

Dated December 22, 2011.

ROBERT H. WATSON, JR., BPR NO. 1702
Attorney for Plaintiff
WATSON, ROACH, BATSON,
ROWELL & LAUDERBACK, P.L.C.
Attorneys at Law
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700

2



**Defending Liberty
Pursuing Justice**

CHAIRPERSON
John F. O'Brien
Boston, MA

CHAIRPERSON-ELECT
Kent D. Syverud
St. Louis, MO

VICE CHAIRPERSON
Solomon Oliver, Jr.
Cleveland, OH

SECRETARY
J. Martin Burke
Missoula, MT

PAST CHAIRPERSON
Christine M. Durham
Salt Lake City, UT

SECTION DELEGATES TO THE
HOUSE OF DELEGATES
Ruth V. McGregor
Phoenix, AZ

Pauline A. Schneider
Washington, DC

BOARD OF GOVERNORS
LIAISON
Amelia Helen Boss
Philadelphia, PA

YOUNG LAWYERS DIVISION
LIAISON
Carlos A. Escurel
Detroit, MI

COUNCIL MEMBERS
Jane H. Aiken
Washington, DC

Rebecca White Berch
Phoenix, AZ

Lee A. Brooks, Sr.
Fort Belvoir, VA

Paulette Brown
Madison, NJ

Edwin J. Butterfoss
Saint Paul, MN

Michael J. Davis
Lawrence, KS

Tracy Allen Giles
Roanoke, VA

Joan S. Howland
Minneapolis, MN

Dennis O. Lynch
Coral Gables, FL

Gregory Murphy
Billings, MT

Maureen O'Rourke
Boston, MA

Raymond C. Pierce
Durham, NC

Erika D. Robinson
Columbia, SC
(Law Student Division Member)

Morgan J. Sammons
San Francisco, CA

Edward N. Tucker
Baltimore, MD

Charles R. Wilson
Tampa, FL

CONSULTANT ON
LEGAL EDUCATION
Hulett H. Askew
312-988-6744
Bucky.Askew@americanbar.org

DEPUTY CONSULTANT
Scott F. Norberg
312-988-5103
Chicago, IL
Scott.Norberg@americanbar.org

ASSOCIATE CONSULTANT
Camille deJorna
312-988-6742
Camille.deJorna@americanbar.org

ASSISTANT CONSULTANT
Charlotte (Becky) Stretch
312-988-5297
Becky.Stretch@americanbar.org

AMERICAN BAR ASSOCIATION

December 20, 2011

**Section of Legal Education
and Admissions to the Bar**

Office of the Consultant on
Legal Education to the
American Bar Association
321 N. Clark Street
Chicago, IL 60654-7598
(312) 988-6738
FAX: (312) 988-5681
E-mail: legaled@americanbar.org
www.americanbar.org/legaled

## MEMORANDUM

TO:  Deans of ABA-Approved Law Schools
University Presidents
Chief Justices of State Supreme Courts
Bar Admission Authorities
Licensing Agency for the State of Tennessee:
    Tennessee Higher Education Commission
U. S. Department of Education
Deans of Unapproved Law Schools
Leaders of Organizations Interested in Legal Education
Student Bar Association Presidents
ABA Section of Legal Education and Admissions to the Bar –
    Website Posting

FROM: Hulett H. Askew, Consultant on Legal Education
to the American Bar Association

SUBJECT: **Lincoln Memorial University, Duncan School of Law**

At its December 2-3, 2011 meeting, the Council of the Section of Legal Education and Admissions to the Bar of the American Bar Association denied the application for provisional ABA approval submitted by Lincoln Memorial University, Duncan School of Law, located in Knoxville, Tennessee. The Lincoln Memorial University, Duncan School of Law, was notified in writing of the Council's decision on December 20, 2011. Pursuant to ABA Internal Operating Practice 5 of the Section of Legal Education and Admissions to the Bar, this public memorandum is being issued within 24 hours of the time the School was notified of the Council's decision.

Rule 10 of the ABA Rules of Procedure for Approval of Law Schools provides for a right of appeal in the event of an adverse approval decision of the Council. The appeal must be written, must be submitted within 30 days, and must conform to the specific requirements of Rule 10. If an appeal is submitted by the School to the Consultant's Office, and filed in accordance with the provisions of Rule 10, by January 19, 2012, the appeal will be considered by an Appeals Panel and the Council's December 2011 decision will be stayed pending the specific procedures and the final outcome of the School's approval status, as outlined in Rule 10.

cc: Council of the Section of Legal Education and Admissions to the Bar
Accreditation Committee
Dean Sydney A. Beckman


EXHIBIT
A