# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

Case No. 3:11-cv-00608                                     Date  January 6, 2012

Style : Lincoln Memorial University Duncan School of Law v. American Bar Association

Present before the Honorable Thomas A. Varlan , United States District Judge

| Julie Norwood | Jolene Owen |
|---|---|
| Deputy Clerk | Court Reporter |

| Michael L Cioffi, Robert H Watson , Jr | Anne E Rea, Howard H Vogel, Jeffrey R Thompson, Linda R Friedlieb, P Alexander Vogel, Patricia J Larson |
|---|---|
| Attorney(s) Present for Pltfs | Attorney(s) Present for Defts |

PROCEEDINGS: Hearing on MOTION for Temporary Restraining Order and for Preliminary and Permanent Injunction by Lincoln Memorial University Duncan School of Law.  Plaintiff's request to consolidate pursuant to Rule 65(a)(2) is denied.  Argument heard and shall be taken under advisement.

| Time | 10:00 | to | 12:30 |
|---|---|---|---|
|  | 1:30 | to | 4:15 |